# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Maxwell Hansen, et al. v. Northwestern Univ., et al.

Case Number: 24-cv-09667

An appearance is hereby filed by the undersigned as attorney for:

Wake Forest University

Attorney name (type or print): James A. Morsch

Firm: Saul Ewing, LLP

Street address: 161 N. Clark St., Ste. 4200

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6209558
(See item 3 in instructions)

Telephone Number: 312-876-7866

Email Address: jim.morsch@saul.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 26, 2024

Attorney signature: S/ James A. Morsch
(Use electronic signature if the appearance form is filed electronically.)