**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Maxwell Hansen and Eileen Chang, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Northwestern University, College Board, American University, Baylor University, Boston College, Boston University, Brandeis University, Brown University, California Institute of Technology, Carnegie Mellon University, Case Western Reserve University, The Trustees of Columbia University in the City of New York, Cornell University, Trustees of Dartmouth College, Duke University, Emory University, Fordham University, George Washington University, Georgetown University, Harvard University, The Johns Hopkins University, Lehigh University, Massachusetts Institute of Technology, University of Miami, New York University, Northeastern University, University of Notre Dame du Lac, The Trustees of the University of Pennsylvania, William Marsh Rice University, University of Rochester, University of Southern California, Southern Methodist University, Stanford University, Syracuse University, Tufts University, Tulane University, Villanova University, Wake Forest University, Washington University in Saint Louis, Worcester Polytechnic Institute, and Yale University,<br><br>*Defendants*. | No. 1:24-cv-09667 |

**JOINT MOTION TO SET THE BRIEFING SCHEDULE AND PAGE LIMITS**
**FOR DEFENDANTS' FORTHCOMING MOTION(S) TO DISMISS**

Plaintiffs Maxwell Hansen and Eileen Chang, individually and on behalf of all others

similarly situated ("Plaintiffs"), and Defendants Northwestern University, College Board,

American University, Baylor University, Boston College, Boston University, Brandeis University,

1

Brown University, California Institute of Technology, Carnegie Mellon University, Case Western Reserve University, The Trustees of Columbia University in the City of New York, Cornell University, Trustees of Dartmouth College, Duke University, Emory University, Fordham University, George Washington University, Georgetown University, Harvard University, The Johns Hopkins University, Lehigh University, Massachusetts Institute of Technology, University of Miami, New York University, Northeastern University, University of Notre Dame du Lac, The Trustees of the University of Pennsylvania, William Marsh Rice University, University of Rochester, University of Southern California, Southern Methodist University, Stanford University, Syracuse University, Tufts University, Tulane University, Villanova University, Wake Forest University, Washington University in Saint Louis, Worcester Polytechnic Institute, and Yale University ("Defendants") respectfully move for the entry of an order setting the following schedule and page limits for Defendants' forthcoming motion(s) to dismiss and the response(s) and reply(ies) thereto. While Defendants intend to coordinate and file a single, consolidated motion to dismiss, they reserve the right to file a reasonable number of non-duplicative individual motion(s) to dismiss should conflicts or issues unique to particular Defendants arise.

- Defendants shall file their consolidated motion to dismiss on or before **January 31, 2025**, which shall not exceed **40 pages**;

- Defendants shall also file any individual motion(s) to dismiss on or before **January 31, 2025**, which shall not exceed **15 pages**;

- Plaintiffs shall file their response to Defendants' consolidated motion to dismiss on or before **March 28, 2025**, which shall not exceed **40 pages**;

- Plaintiffs shall also file their response(s) to Defendants' individual motion(s) to dismiss (if any) on or before **March 28, 2025**, which shall not exceed **15 pages**. Plaintiffs, if they choose, may file a single consolidated response to Defendants' individual motions to dismiss. The page limit for a consolidated brief will be equal to the total number of pages of Defendants' individual motion(s) to dismiss;

- Defendants shall file their reply in support of their consolidated motion to dismiss on or before **April 28, 2025**, which shall not exceed **20 pages**; and

- Defendants shall file their reply(ies) in support of their individual motion(s) to dismiss (if any) on or before **April 28, 2025**, which shall not exceed **10 pages**.

In support of this motion, the parties submit that: (1) Plaintiffs' complaint was filed on October 7, 2024 and Defendants have begun executing and returning waivers of service; (2) this is the first request for an extension with respect to the submission of briefing in connection with Defendants' forthcoming motion(s) to dismiss; (3) Plaintiffs and Defendants have conferred and all parties have consented to the requested briefing schedule and page limits; and (4) the requested briefing schedule and page limits are necessary to enable the efficient preparation and submission of the motion(s) to dismiss and the response(s) and reply(ies) thereto.

Dated:   December 11, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Steve W. Berman* | */s/ Kenneth M. Kliebard* |
| Steve W. Berman, Il. Bar No. #3126833 | Kenneth M. Kliebard, Il. Bar No. 6201479 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 1301 Second Avenue, Suite 2000 | 110 North Wacker Drive |
| Seattle, WA 98101 | Chicago, IL 60605-1511 |
| Tel.: (206) 623-7292 | Tel.: (312) 324-1774 |
| steve@hbsslaw.com | kenneth.kliebard@morganlewis.com |
| | |
| Daniel J. Kurowski, Il. Bar No. 6286656 | Jon R. Roellke (pro hac vice) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 455 N. Cityfront Plaza Dr., Suite 2410 | 1111 Pennsylvania Avenue, NW |
| Chicago, IL 60611 | Washington, D.C. 20004-2541 |
| Tel.: (708) 628-4949 | Tel.: (202) 739-5754 |
| dank@hbsslaw.com | jon.roellke@morganlewis.com |
| | |
| Rio S. Pierce | Noah J. Kaufman (pro hac vice) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 715 Hearst Avenue, Suite 300 | One Federal Street |
| Berkeley, CA 94710 | Boston, MA 02110 |
| Tel.: (510) 725-3000 | Tel.: (617) 341-7590 |
| riop@hbsslaw.com | noah.kaufman@morganlewis.com |
| | |
| *Attorneys for Plaintiffs and the Proposed Class* | *Attorneys for Defendant Brown University (submitted with the consent and on behalf of all Defendants)* |

**CERTIFICATE OF SERVICE**

I, Kenneth M. Kliebard, hereby certify that, on December 11, 2024, I caused a copy of this Joint Motion to Set the Briefing Schedule and Page Limits for Defendants' Forthcoming Motion(s) to Dismiss to be served on all registered counsel electronically via the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by U.S. mail, postage prepaid, to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kenneth M. Kliebard*