UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Maxwell Hansen and Eileen Chang, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Northwestern University, College Board, American University, Baylor University, Boston College, Boston University, Brandeis University, Brown University, California Institute of Technology, Carnegie Mellon University, Case Western Reserve University, The Trustees of Columbia University in the City of New York, Cornell University, Trustees of Dartmouth College, Duke University, Emory University, Fordham University, George Washington University, Georgetown University, Harvard University, The Johns Hopkins University, Lehigh University, Massachusetts Institute of Technology, University of Miami, New York University, Northeastern University, University of Notre Dame du Lac, The Trustees of the University of Pennsylvania, William Marsh Rice University, University of Rochester, University of Southern California, Southern Methodist University, Stanford University, Syracuse University, Tufts University, Tulane University, Villanova University, Wake Forest University, Washington University in Saint Louis, Worcester Polytechnic Institute, and Yale University,<br><br>*Defendants*. | No. 1:24-cv-09667<br>Hon. Sara L. Ellis |

**CORPORATE AND AFFILIATE DISCLOSURE STATEMENT OF DEFENDANT THE
BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the

District Court for the Northern District of Illinois, Defendant The Board of Trustees of the Leland

1

Stanford Junior University (named in the complaint as "Stanford University" and referred to herein as "Stanford") discloses and certifies as follows:

Stanford is a trust with corporate powers under the laws of the State of California. It does not have any parent corporation, and there are no entities or individuals (including but not limited to publicly held corporations) that have a five percent or greater ownership interest in it.

Respectfully submitted,

Dated: January 17, 2025        PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Jacob R. Sorensen*
JACOB R. SORENSEN
STACIE O. KINSER
NATALIE TRUONG

Attorneys for Defendant *The Board of Trustees of the Leland Stanford Junior University*

4923-8612-2768

## CERTIFICATE OF SERVICE

      I, Jacob R. Sorensen, hereby certify that on January 17, 2025, a true and accurate copy of the foregoing document was filed with the United States District Court for the Northern District of Illinois using the CM/ECF system and was served on all registered participants via the notice of electronic filing (the "NEF").

                                                                                                   */s/ Jacob R. Sorensen*
                                                                                                    Jacob R. Sorensen

4923-8612-2768