UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAXWELL HANSEN and EILEEN CHANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>NORTHWESTERN UNIVERSITY, COLLEGE BOARD, AMERICAN UNIVERSITY, BAYLOR UNIVERSITY, BOSTON COLLEGE, BOSTON UNIVERSITY, BRANDEIS UNIVERSITY, BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, CARNEGIE MELLON UNIVERSITY, CASE WESTERN RESERVE UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, FORDHAM UNIVERSITY, GEORGE WASHINGTON UNIVERSITY, GEORGETOWN UNIVERSITY, HARVARD UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, LEHIGH UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, UNIVERSITY OF MIAMI, NEW YORK UNIVERSITY, NORTHEASTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, UNIVERSITY OF ROCHESTER, UNIVERSITY OF SOUTHERN CALIFORNIA, SOUTHERN METHODIST UNIVERSITY, STANFORD UNIVERSITY, SYRACUSE UNIVERSITY, TUFTS UNIVERSITY, TULANE UNIVERSITY, VILLANOVA UNIVERSITY, WAKE FOREST UNIVERSITY, WASHINGTON UNIVERSITY IN SAINT LOUIS, WORCESTER POLYTECHNIC INSTITUTE, and YALE UNIVERSITY,<br><br>      Defendants. | Case No. 1:24-cv-09667<br><br>Judge Sara L. Ellis |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Northwestern University, College Board, American University, Baylor University, Boston College, Boston University, Brandeis University, Brown University, California Institute of Technology, Carnegie Mellon University, Case Western Reserve University, The Trustees of Columbia University in the City of New York, Cornell University, Trustees of Dartmouth College, Duke University, Emory University, Fordham University, George Washington University, Georgetown University, Harvard University, The Johns Hopkins University, Lehigh University, Massachusetts Institute of Technology, University of Miami, New York University, Northeastern University, University of Notre Dame Du Lac, The Trustees of the University of Pennsylvania, William Marsh Rice University, University of Rochester, University of Southern California, Southern Methodist University, Standford University, Syracuse University, Tufts University, Tulane University, Villanova University, Wake Forest University, Washington University in Saint Louis, Worcester Polytechnic Institute, and Yale University respectfully move this Court to dismiss Plaintiffs' Complaint with prejudice. In support of this Motion, Defendants submit a Memorandum in Support of Defendants' Motion to Dismiss and state as follows:

1. As explained more fully in the accompanying memorandum, Plaintiffs fail to plausibly allege an unlawful agreement among Defendants. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 553, 556 (2007).

2. Even if Plaintiffs had plausibly alleged an unlawful agreement, they do not plead facts plausibly establishing an unreasonable restraint of trade under any of the three frameworks—*per se*, quick look, or rule of reason—that courts apply to unreasonable-restraint-of-trade allegations.

3. Plaintiffs do not plausibly allege antitrust injury or establish any basis for antitrust standing.

4. Plaintiff Chang's claim is untimely under the Sherman Act's four-year statute of limitations.

5. On January 29, 2025, Kenneth Kliebard, Counsel for Defendant Brown University, spoke by phone with Rio Pierce, Counsel for Plaintiffs, to discuss if the parties could reach an accord on the Defendants' Motion. After good faith attempts to resolve differences, the parties were unable to reach agreement.

WHEREFORE, Defendants respectfully request that this Court find that Plaintiffs have failed to state a claim for relief, enter an order and judgment dismissing the Complaint with prejudice, and grant such further relief as the Court deems just and proper.

Dated this 31st day of January 2025.

*/s/ Amy B. Manning*
Amy B. Manning, Il. Bar No. 6209407
Angelo M. Russo
Sarah A. Zielinski
Christopher J. Karamanos
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel.: (312) 849-8100
amanning@mcguirewoods.com
arusso@mcguirewoods.com
szielinski@mcguirewoods.com
ckaramanos@mcguirewoods.com

*Counsel for Defendant American University*

*/s/ Matthew Kutcher*
Matthew Kutcher
COOLEY LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Tel.: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com

Deepti Bansal (admitted *pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, Suite 700
Washington, DC 20004
Tel.: (202) 842-7800
Facsimile: (202) 842-7899
dbansal@cooley.com

*Counsel for Defendants Boston College, Boston University, Brandeis University, Northeastern University, Tufts University and Worcester Polytechnic Institute*

*/s/ Edward M. Casmere*
Edward M. Casmere (ARDC No. 6273787)
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Suite 1200
Chicago, IL 60607
Tel.: (312) 964-7778
ed.casmere@nortonrosefulbright.com

Layne E. Kruse (admitted *pro hac vice*)
Darryl W. Anderson (admitted pro hac vice)
Carlos R. Rainer (admitted *pro hac vice*)
Eliot Fielding Turner (admitted pro hac vice)
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Tel.: (713) 651-5151
layne.kruse@nortonrosefulbright.com
darryl.anderson@nortonrosefulbright.com
carlos.rainer@nortonrosefulbright.com
eliot.turner@nortonrosefulbright.com

*Counsel for Defendant Baylor University*

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard, Il. Bar No. 6201479
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60605-1511
Tel.: (312) 324-1774
kenneth.kliebard@morganlewis.com

Jon R. Roellke (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Tel.: (202) 739-5754
jon.roellke@morganlewis.com

Noah J. Kaufman (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Tel.: (617) 341-7590
noah.kaufman@morganlewis.com

*Counsel for Defendant Brown University*

4

<div style="columns:2">

*/s/ Christopher E. Ondeck*
Christopher E. Ondeck
Stephen R. Chuk (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW, Ste 600
Washington, DC 20004
Tel.: (202) 416-6800
condeck@proskauer.com
schuk@proskauer.com

Todd J. Ohlms
PROSKAUER ROSE LLP
70 W. Madison, Suite 3800
Chicago, IL 60602
Tel.: (312) 962-3537
tohlms@proskauer.com

Jared DuBosar
PROSKAUER ROSE LLP
255 Glades Road, Suite 421
Boca Raton, FL 33431-7360
Tel.: (561) 995-4702
jdubosar@proskauer.com

*Counsel for Defendant California Institute of Technology*

*/s/ James A. Morsch*
James A. Morsch
Eleanor C. Riordan
SAUL EWING LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 876-7866
jim.morsch@saul.com
eleanor.riordan@saul.com

Jason W. McElroy
SAUL EWING LLP
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
(202) 295-6642
jason.mcelroy@saul.com

*Counsel for Defendants Carnegie Mellon University and Wake Forest University*

</div>

/s/ *Bridget S. McCabe*
Bridget S. McCabe (*pro hac vice*)
BAKER & HOSTETLER LLP
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Tel.: 310.422.8844
bmccabe@bakerlaw.com

Carole S. Rendon, Il. Bar No. 6200217
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Tel.: 216.861.7420
crendon@bakerlaw.com

Gregory J. Commins Jr. (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Tel.: 202.861.1536
gcommins@bakerlaw.com

Jennifer M. Kurcz, Il. Bar No. 6279893
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Tel.: 312.416.6282
jkurcz@bakerlaw.com

*Counsel for Defendant Case Western Reserve University*

/s/ *David Gringer*
Seth Waxman (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld (*pro hac vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: 212-230-8800
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

*Counsel for Defendants College Board and Trustees of the University of Pennsylvania*

6

| | |
|---|---|
| */s/ Amy L. Van Gelder*<br>Amy L. Van Gelder<br>SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM LLP<br>320 South Canal Street<br>Chicago, Illinois 60606<br>Tel.: 312-407-0903<br>amy.vangelder@skadden.com<br><br>Karen Hoffman Lent<br>SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM LLP<br>One Manhattan West<br>New York, New York 10001-8602<br>Tel.: 212-735-3276<br>karen.lent@skadden.com<br><br>*Counsel for Defendant Trustees of Columbia University in the City of New York* | */s/ Norman Armstrong*<br>Norman Armstrong, Jr. (Il. Bar No. 960605001)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Tel.: 202-389-5000<br>norman.armstrong@kirkland.com<br><br>Emily T. Chen (Il. Bar No. 5461116)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel.: 212-446-4800<br>emily.chen@kirkland.com<br><br>Daniel E. Laytin (Il. Bar No. 6257119)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Tel.: 312-862-2000<br>daniel.laytin@kirkland.com<br><br>*Counsel for Defendant Cornell University* |

*/s/ Douglas E. Litvack*
Douglas E. Litvack (NDIL Bar No. 1024873)
Ishan K. Bhabha (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001-4412
Tel.: (202) 637-6357
DLitvack@jenner.com
IBhabha@jenner.com

*Counsel for Defendants Trustees of Dartmouth College and William Marsh Rice University*

*/s/ Christopher D. Dusseault*
Christopher D. Dusseault (*pro hac vice pending*)
Sarah M. Kushner (*pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: (213) 229-7000
CDusseault@gibsondunn.com
SMKushner@gibsondunn.com

Rachel S. Brass (*pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Tel.: 415-393-8200
RBrass@gibsondunn.com

Elizabeth A. Thompson, IL Bar No. 6304148
SAUL EWING LLP
161 North Clark Street, Suite 4200
Chicago, IL 60201
Tel.: (312) 876-7100
elizabeth.thompson@saul.com

Kayleigh T. Keilty (*pro hac vice pending*)
SAUL EWING LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Tel.: (410) 332-8919
kayleigh.keilty@saul.com

*Counsel for Duke University*

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Christopher A. Hall
JONES DAY
110 North Wacker Dr.
Suite 4800
Chicago, IL 60606
312-782-3939
tmtabacchi@jonesday.com
chall@jonesday.com

*Counsel for Defendant Emory University*

*/s/ Jacob A. Kramer*
Joshua P. Mahoney, Ill. Bar No. 6313403
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street
Chicago, IL 60606-5707
Tel.: (312) 212-6520
josh.mahoney@faegredrinker.com

Jacob A. Kramer (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Washington, D.C. 20005
Tel.: (202) 230-5289
jake.kramer@faegredrinker.com

Emily E. Chow (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-8012
emily.chow@faegredrinker.com

*Counsel for Defendants Fordham University and Lehigh University*

<div style="display: flex;">

<div>

*/s/ Juan A. Arteaga*
Neil G. Nandi
CROWELL & MORING LLP
455 N Cityfront Plaza Dr.
Suite 3600
Chicago, IL 60611
Tel: (312) 840-3108
nnandi@crowell.com

Juan A. Arteaga (*pro hac vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 223-4000
jarteaga@crowell.com

Jordan L. Ludwig (*pro hac vice*)
Sima Namiri-Kalantari (*pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street
Los Angeles, CA 90071
Tel: (213) 622-4750
jludwig@crowell.com
snamiri@crowell.com

*Attorneys for George Washington University*

</div>

<div>

*/s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Megan E. Stride
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mstride@mayerbrown.com

*Counsel for Defendant Georgetown University*

</div>

</div>

10

/s/ *Renata B. Hesse*
Renata B. Hesse (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue N.W. Suite 700
Washington, District of Columbia 20006
Tel.: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

Diane L. McGimsey (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Tel.: (310) 712-6600
Facsimile: (310) 712-8800
mcgimseyd@sullcrom.com

*Counsel for Defendant Harvard University*

/s/ *Jan Rybnicek*
Eric Mahr (*pro hac vice*)
Jan Rybnicek (*pro hac vice*)
Daphne Lin (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
Washington, DC 20005
Tel.: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute of Technology*

/s/ *Samer M. Musallam*
Jeffrey J. Bushofsky
ROPES & GRAY LLP
191 North Wacker Drive 32nd Floor
Chicago, IL 60606-4302
Tel.: 312-845-1200
jeffrey.bushofsky@ropesgray.com

Chong S. Park (*pro hac vice*)
Samer M. Musallam (*pro hac vice*)
Elizabeth T. McInerney (*pro hac vice*)
Logan D. Hovie (*pro hac vice*)
ROPERS & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel.: 202-508-4600
chong.park@ropesgray.com
samer.musallam@ropesgray.com
elizabeth.mcinerney@ropesgray.com
logan.hovie@ropesgray.com

*Counsel for Defendant Johns Hopkins University and University of Rochester*

/s/ *Eric D. Isicoff*
ISICOFF RAGATZ
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: 305-373-3232
Fax: 305-373-3233
Eric D. Isicoff
Florida Bar No. 372201
Teresa Ragatz
Florida Bar No. 545170
Catherine A. Mancing
Florida Bar No. 32765
isicoff@irlaw.com
ragatz@irlaw.com
mancing@irlaw.com
aleman@irlaw.com
fernandez@irlaw.com

*Counsel for Defendant University of Miami*

| | |
|---|---|
| */s/ Daniel Petrocelli* | */s/ Scott D. Stein* |
| Daniel Petrocelli | Scott D. Stein |
| dpetrocelli@omm.com | Kathleen Carlson |
| O'MELVENY & MYERS LLP | SIDLEY AUSTIN LLP |
| 1999 Avenue of the Stars | One South Dearborn Street |
| 8th Floor | Chicago, IL 60603 |
| Los Angeles, CA 90067 | Tel.: (312) 853-7000 |
| | sstein@sidley.com |
| Benjamin G. Bradshaw | kathleen.carlson@sidley.com |
| bbradshaw@omm.com | |
| Sergei Zaslavsky | *Counsel for Northwestern University* |
| szaslavsky@omm.com | |
| Brian P. Quinn | |
| bquinn@omm.com | |
| O'MELVENY & MYERS LLP | |
| 1625 Eye Street, NW | |
| Washington, DC 20006 | |

Sondra A. Hemeryck
shemeryck@rshc-law.com
Thomas B. Quinn
tquinn@rshc-law.com
Robert P. Foley
rfoley@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn St.
Suite 2200
Chicago, IL 60603

*Counsel for Defendant New York University*

<div style="column-count:2">

*/s/ Robert A. Van Kirk*
Robert A. Van Kirk
Sarah F. Kirkpatrick
Matthew D. Heins
Feyilana Lawoyin
Cole T. Wintheiser
William J. Donnelly
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, D.C. 20024
Tel.: 202-434-5000
rvankirk@wc.com
skirkpatrick@wc.com
mheins@wc.com
flawoyin@wc.com
cwintheiser@wc.com
wdonnellly@wc.com

*Counsel for the University of Notre Dame*


*/s/ Matthew A. Kairis*
Matthew A. Kairis
JONES DAY
2727 N. Harwood Street, Suite 600
Dallas, TX 75201
Tel.: (214) 969-3605
makairis@jonesday.com

*Counsel for Defendant Southern Methodist University*

*/s/ Lynn H. Murray*
Lynn H. Murray
Maveric Ray Searle
Mehgan E.H. Keeley
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel.: (312) 704-7700
lhmurray@shb.com
msearle@shb.com
mkeeley@shb.com

Ryan M. Sandrock
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel.: (415) 544-1900
rsandrock@shb.com

Holly Pauling Smith (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel.: (816) 474-6550
hpsmith@shb.com

*Counsel for Defendant University of Southern California*

*/s/ Jacob R. Sorensen*
Jacob R. Sorensen (*pro hac vice*)
Stacie O. Kinser (*pro hac vice*)
Natalie Truong (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel.: (415) 983-1000
jake.sorensen@pillsburylaw.com
stacie.kinser@pillsburylaw.com
natalie.truong@pillsburylaw.com

*Counsel for Defendant The Board of Trustees of The Leland Stanford Junior University*

</div>

13

*/s/ Andre Geverola*
Andre Geverola
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Fax: (312) 583-2360
andre.geverola@arnoldporter.com

C. Scott Lent (admitted *pro hac vice*)
Leah J. Harrell (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-8689
scott.lent@arnoldporter.com
leah.harrell@arnoldporter.com

*Counsel for Defendant Syracuse University*

*/s/ Justin W. Bernick*
Justin W. Bernick, N.D. Ill. Bar No. 988245
Jennifer Fleury, N.D. Ill. Bar No. 187503
Christopher M. Fitzpatrick, N.D. Ill. Bar No. 1614784
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Tel.: (202) 637-5600
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com
chris.fitzpatrick@hoganlovells.com

*Counsel for Defendant Tulane University*

*/s/ Julie C. Webb*
Julie C. Webb
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
Tel.: (312) 443-0700
julie.webb@troutman.com

Daniel J. Boland (*pro hac vice forthcoming*)
Michael J. Hartman (*pro hac vice forthcoming*)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Tel.: (215) 981-4000
daniel.boland@troutman.com
michael.hartman@troutman.com

*Counsel for Defendant Villanova University*

*/s/ Charles A. Loughlin*
Charles A. Loughlin (Bar No: 448219)
Benjamin F. Holt (Bar No: 483122)
Jamie Lee (Bar No: 1643135)
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com
jamie.lee@hoganlovells.com

*Counsel for Defendant Yale University*

*/s/ Ryan P. Phair*
Ryan P. Phair (#479050)
PAUL HASTINGS LLP
2050 M. Street NW
Washington, DC 20036
Tel.: (202) 551-1700
ryanphair@paulhastings.com

Renato T. Mariotti (#6323198)
PAUL HASTINGS LLP
71 S. Wacker Drive
45th Floor
Chicago, IL 60606
Tel.: (312) 499-6005
renatomariotti@paulhastings.com

*Counsel for Defendant Washington University in St. Louis*