# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAXWELL HANSEN and EILEEN CHANG, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br>NORTHWESTERN UNIVERSITY, COLLEGE BOARD, AMERICAN UNIVERSITY, BAYLOR UNIVERSITY, BOSTON COLLEGE, BOSTON UNIVERSITY, BRANDEIS UNIVERSITY, BROWN UNIVERSITY, CALIFORNIA INSTITUTE OF TECHNOLOGY, CARNEGIE MELLON UNIVERSITY, CASE WESTERN RESERVE UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, FORDHAM UNIVERSITY, GEORGE WASHINGTON UNIVERSITY, GEORGETOWN UNIVERSITY, HARVARD UNIVERSITY, THE JOHNS HOPKINS UNIVERSITY, LEHIGH UNIVERSITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, UNIVERSITY OF MIAMI, NEW YORK UNIVERSITY, NORTHEASTERN UNIVERSITY, UNIVERSITY OF NOTRE DAME DU LAC, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, WILLIAM MARSH RICE UNIVERSITY, UNIVERSITY OF ROCHESTER, UNIVERSITY OF SOUTHERN CALIFORNIA, SOUTHERN METHODIST UNIVERSITY, STANFORD UNIVERSITY, SYRACUSE UNIVERSITY, TUFTS UNIVERSITY, TULANE UNIVERSITY, VILLANOVA UNIVERSITY, WAKE FOREST UNIVERSITY, WASHINGTON UNIVERSITY IN SAINT LOUIS, WORCESTER POLYTECHNIC INSTITUTE, and YALE UNIVERSITY,<br><br>      Defendants. | Case No. 1:24-cv-09667<br><br>Judge Sara L. Ellis |

### **NON-ILLINOIS DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), Defendants Baylor University, Carnegie Mellon University, Case Western Reserve University, Duke University, Emory University, Fordham University, Georgetown University, Harvard University, Lehigh University, Massachusetts Institute of Technology, The Trustees of the University of Pennsylvania, Southern Methodist University, Tulane University, University of Miami, and Wake Forest University (the moving "Non-Illinois Defendants")[1] respectfully move the Court for an order dismissing them for lack of personal jurisdiction and improper venue. In support of this Motion, the Non-Illinois Defendants submit a Memorandum in Support of Defendants' Motion to Dismiss and state as follows:

1. As explained more fully in the accompanying memorandum, Plaintiffs cannot establish this Court's personal jurisdiction over the Non-Illinois Defendants and proper venue in this District.

2. Plaintiffs cannot rely on 15 U.S.C. § 22 for personal jurisdiction or proper venue over the Non-Illinois Defendants, because the Non-Illinois Defendants are not inhabitants of the District, cannot be found in the District, and do not transact business in the District.

3. Nor can Plaintiffs establish personal jurisdiction under Federal Rule of Civil Procedure 4(k)(1)(A), and venue under 28 U.S.C. § 1391. The Non-Illinois Defendants are not subject to general jurisdiction in Illinois, and Plaintiffs allege no jurisdictional contacts with the Non-Illinois Defendants that took place in Illinois.

4. On January 29, 2025, Kenneth Kliebard, Counsel for Defendant Brown University, spoke by phone with Rio Pierce, Counsel for Plaintiffs, to discuss if the parties could reach an

---

[1] Other Defendants not located in Illinois are not contesting personal jurisdiction and venue at this time.

accord on the Non-Illinois Defendants' Motion. After good faith attempts to resolve differences, the parties were unable to reach agreement.

WHEREFORE, the Non-Illinois Defendants respectfully request that this Court find that personal jurisdiction and proper venue are lacking for the Non-Illinois Defendants, enter an order and judgment dismissing the Complaint and grant such further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| /s/ Edward M. Casmere | /s/ James A. Morsch |
| Edward M. Casmere (ARDC No. 6273787) | James A. Morsch |
| NORTON ROSE FULBRIGHT US LLP | Eleanor C. Riordan |
| 1045 W. Fulton Market, Suite 1200 | SAUL EWING LLP |
| Chicago, IL 60607 | 161 N. Clark Street, Suite 4200 |
| Tel.: (312) 964-7778 | Chicago, IL 60601 |
| ed.casmere@nortonrosefulbright.com | (312) 876-7866 |
| | jim.morsch@saul.com |
| Layne E. Kruse (admitted *pro hac vice*) | eleanor.riordan@saul.com |
| Darryl W. Anderson (admitted *pro hac vice*) | |
| Carlos R. Rainer (admitted *pro hac vice*) | Jason W. McElroy |
| Eliot Fielding Turner (admitted *pro hac vice*) | SAUL EWING LLP |
| NORTON ROSE FULBRIGHT US LLP | 1919 Pennsylvania Ave. NW, Suite 550 |
| 1550 Lamar Street, Suite 2000 | Washington, DC 20006 |
| Houston, Texas 77010 | (202) 295-6642 |
| Tel.: (713) 651-5151 | jason.mcelroy@saul.com |
| layne.kruse@nortonrosefulbright.com | *Counsel for Defendants Carnegie Mellon* |
| darryl.anderson@nortonrosefulbright.com | *University and Wake Forest University* |
| carlos.rainer@nortonrosefulbright.com | |
| eliot.turner@nortonrosefulbright.com | |
| | |
| *Counsel for Defendant Baylor University* | |

2

| | |
|---|---|
| /s/ *Bridget S. McCabe* | /s/ *Christopher D. Dusseault* |
| Bridget S. McCabe (*pro hac vice*) | Christopher D. Dusseault (*pro hac vice pending*) |
| BAKER & HOSTETLER LLP | Sarah M. Kushner (*pro hac vice pending*) |
| 1900 Avenue of the Stars, Suite 2700 | GIBSON, DUNN & CRUTCHER LLP |
| Los Angeles, CA 90067 | 333 South Grand Avenue |
| Tel.: 310.422.8844 | Los Angeles, CA 90071-3197 |
| bmccabe@bakerlaw.com | Tel.: (213) 229-7000 |
| | CDusseault@gibsondunn.com |
| Carole S. Rendon, Il. Bar No. 6200217 | SMKushner@gibsondunn.com |
| BAKER & HOSTETLER LLP | |
| Key Tower, 127 Public Square, Suite 2000 | Rachel S. Brass (*pro hac vice pending*) |
| Cleveland, OH 44114 | GIBSON, DUNN & CRUTCHER LLP |
| Tel.: 216.861.7420 | One Embarcadero Center, Suite 2600 |
| crendon@bakerlaw.com | San Francisco, CA 94111-3715 |
| | Tel.: 415-393-8200 |
| Gregory J. Commins Jr. (*pro hac vice*) | RBrass@gibsondunn.com |
| BAKER & HOSTETLER LLP | |
| 1050 Connecticut Avenue, NW, Suite 1100 | Elizabeth A. Thompson, IL Bar No. 6304148 |
| Washington, D.C. 20036 | SAUL EWING LLP |
| Tel.: 202.861.1536 | 161 North Clark Street, Suite 4200 |
| gcommins@bakerlaw.com | Chicago, IL 60201 |
| | Tel.: (312) 876-7100 |
| Jennifer M. Kurcz, Il. Bar No. 6279893 | elizabeth.thompson@saul.com |
| BAKER & HOSTETLER LLP | |
| One North Wacker Drive, Suite 3700 | Kayleigh T. Keilty (*pro hac vice pending*) |
| Chicago, IL 60606 | SAUL EWING LLP |
| Tel.: 312.416.6282 | 1001 Fleet Street, 9th Floor |
| jkurcz@bakerlaw.com | Baltimore, MD 21202 |
| | Tel.: (410) 332-8919 |
| *Counsel for Defendant Case Western Reserve University* | kayleigh.keilty@saul.com |
| | *Counsel for Duke University* |

3

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Christopher A. Hall
JONES DAY
110 North Wacker Dr.
Suite 4800
Chicago, IL 60606
312-782-3939
tmtabacchi@jonesday.com
chall@jonesday.com

*Counsel for Defendant Emory University*

/s/ Jacob A. Kramer
Joshua P. Mahoney, Ill. Bar No. 6313403
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street
Chicago, IL 60606-5707
Tel.: (312) 212-6520
josh.mahoney@faegredrinker.com

Jacob A. Kramer (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Washington, D.C. 20005
Tel.: (202) 230-5289
jake.kramer@faegredrinker.com

Emily E. Chow (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-8012
emily.chow@faegredrinker.com

*Counsel for Defendants Fordham University and Lehigh University*

*/s/ Britt M. Miller*
Britt M. Miller
Daniel T. Fenske
Megan E. Stride
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-783-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mstride@mayerbrown.com

*Counsel for Defendant Georgetown University*

/s/ Renata B. Hesse
Renata B. Hesse (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue N.W. Suite 700
Washington, District of Columbia 20006
Tel.: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

Diane L. McGimsey (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Tel.: (310) 712-6600
Facsimile: (310) 712-8800
mcgimseyd@sullcrom.com

*Counsel for Defendant Harvard University*

4

*/s/ Jan Rybnicek*
Eric Mahr (*pro hac vice*)
Jan Rybnicek (*pro hac vice*)
Daphne Lin (*pro hac vice*)
FRESHFIELDS US LLP
700 13th Street, NW
Washington, DC 20005
Tel.: 202-777-4500
eric.mahr@freshfields.com
jan.rybnicek@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendant Massachusetts Institute of Technology*

*/s/ David Gringer*
Seth Waxman (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: 202-663-6800
seth.waxman@wilmerhale.com

David Gringer
Alan Schoenfeld (*pro hac vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: 212-230-8800
david.gringer@wilmerhale.com
alan.schoenfeld@wilmerhale.com

*Counsel for Defendant Trustees of the University of Pennsylvania*

*/s/ Eric D. Isicoff*
ISICOFF RAGATZ
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: 305-373-3232
Fax: 305-373-3233
Eric D. Isicoff
Florida Bar No. 372201
Teresa Ragatz
Florida Bar No. 545170
Catherine A. Mancing
Florida Bar No. 32765
isicoff@irlaw.com
ragatz@irlaw.com
mancing@irlaw.com
aleman@irlaw.com
fernandez@irlaw.com

*Counsel for Defendant University of Miami*

*/s/ Matthew A. Kairis*
Matthew A. Kairis
JONES DAY
2727 N. Harwood Street, Suite 600
Dallas, TX 75201
Tel.: (214) 969-3605
makairis@jonesday.com

*Counsel for Defendant Southern Methodist University*

5

*/s/ Justin W. Bernick*
Justin W. Bernick, N.D. Ill. Bar No. 988245
Jennifer Fleury, N.D. Ill. Bar No. 187503
Christopher M. Fitzpatrick, N.D. Ill. Bar No. 1614784
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Tel.: (202) 637-5600
justin.bernick@hoganlovells.com
jennifer.fleury@hoganlovells.com
chris.fitzpatrick@hoganlovells.com

*Counsel for Defendant Tulane University*