# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Maxwell Hansen and Eileen Chang, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

Northwestern University et al,

Defendant(s).

Case No. 24-cv-9667
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court grants Defendants' motion to dismiss and the Non-Illinois Defendants' motion to dismiss. The Court dismisses Plaintiffs' complaint without prejudice. The Court dismisses Baylor University, Carnegie Mellon University, Case Western Reserve University, Duke University, Emory University, Fordham University, Georgetown University, Harvard University, Lehigh University, Massachusetts Institute of Technology, the Trustees of the University of Pennsylvania, Southern Methodist University, Tulane University, University of Miami, and Wake Forest University without prejudice for lack of personal jurisdiction and improper venue.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis.

Date:  11/18/2025

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk